**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHERINE AVILLA OWEN, | ) NO. ED CV 19-1388-ODW(E) |
| Plaintiff, | ) |
| v. | ) ORDER TO SHOW CAUSE |
| THE CITY OF HEMET, ET AL., | ) |
| Defendants. | ) |

Plaintiff filed a Complaint on July 29, 2019, and paid the filing fee. It appears that proper service of the Summons and Complaint has not been made on any Defendant. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41-1, it is ordered that, within thirty (30) days of the date of this Order, Plaintiff shall show cause, if there be any, why proper service was not made timely and why this case should not be dismissed without prejudice for want of prosecution. Plaintiff shall attempt to show such cause by filing a declaration, signed under penalty of perjury.

///

///

Failure to file timely such a declaration may result in the dismissal of this action.

DATED: October 29, 2019.

/s/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE