**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KATHERINE AVILLA OWEN, | ) | NO. ED CV 19-1388-JWH(E) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS, |
| CITY OF HEMET, et al., | ) ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the parties' requests for judicial notice are denied as unnecessary; (2) the Motion to Dismiss is granted; Plaintiff's Motion to Amend is denied; and (3) Judgment shall be

entered dismissing the Second Amended Complaint and the action without leave to amend and with prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: February 16, 2021.

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE