JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERINE AVILLA OWEN, | ) | NO. ED CV 19-1388-JWH(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| THE CITY OF HEMET, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed without leave to amend and with prejudice.

DATED: February 16, 2021.

*/s/ John W. Holcomb*
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE